**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.Z. AND B.Z.,    : No. 467 MAL 2014
MINORS    :
   :
   :
   : Petition for Allowance of Appeal from the
PETITION OF: J.Z., FATHER    : Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.